No. 1182. Dineen, Superintendent of Insurance, *v.* United States. June 10, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Samuel Markowitz* and *Alfred C. Bennett* for petitioner. *Solicitor General McGrath, Sewall Key, J. Louis Monarch* and *Fred E. Youngman* for the United States.

No. 1187. Friend et al. *v.* Friend. June 10, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Philip R. Shiff* for petitioners. *George H. Cohen* for respondent.

No. 1190. Golson *v.* Illinois. June 10, 1946. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Robert E. Bryant* for petitioner.

No. 1191. Illinois ex rel. Pusch *v.* Mulcahy, Sheriff, et al. June 10, 1946. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Robert E. Bryant* for petitioner.

No. 1195. John A. Johnson & Sons, Inc. et al. *v.* United States to the use of the Baltimore Brick Co.; and

No. 1196. John A. Johnson & Sons, Inc. et al. *v.* Friedman, trading as J. Friedman Co. June 10, 1946. Petition for writs of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Emanuel Harris* for petitioners. *Jesse Slingluff, Jr.* for respondent in No. 1195.